273 U.S. 665
 47 S.Ct. 454
 71 L.Ed. 829
 TIMKEN ROLLER BEARING COMPANY, plaintiff in error,
v.
The PENNSYLVANIA RAILROAD COMPANY,* and Thomas P. GOODBODY, as Receiver of the Hydraulic Steel Company, plaintiff in error, v. The PENNSYLVANIA RAILROAD COMPANY.
 Nos. 168, 178.
 Supreme Court of the United States
 February 28, 1927
 
 Messrs. Luther Day and Rufus S. Day, both of Cleveland, Ohio (Donald W. Kling, of Cleveland, Ohio, of counsel), for plaintiff in error.
 Messrs. Andrew Squire, Thomas M. Kirby and Andrew P. Martin, all of Cleveland, Ohio, for defendant in error.
 PER CURIAM.
 
 
 1
 Dismissed for lack of jurisdiction in this Court on the authority of Transportes Maritimos Do Estado v. Almeida, 265 U. S. 104, 105, 44 S. Ct. 449, 68 L. Ed. 932, and Oliver American Trading Co. v. United States of Mexico, 264 U. S. 440, 442, 44 S. Ct. 390, 68 L. Ed. 778.
 
 
 
 *
 Dismissal set aside 274 U. S. 181, 47 S. Ct. 550, 71 L. Ed. —.